In re ABRAM.

(District Court, N. D. California. July 9, 1900.)

No. 3,265.

BANKRUPTCY—TRUSTEE—EMPLOYMENT OF COUNSEL.

A court will not undertake to give any direction in advance to a trustee in bankruptcy in the matter of the employment of an attorney, but he must exercise his own judgment in the first instance as to the necessity for such employment.

In Bankruptcy.

DE HAVEN, District Judge. The trustee of an estate in bankruptcy is entitled to the advice and assistance of counsel when necessary for the proper discharge of his duties as such trustee, and the reasonable expense incurred by him for such a purpose may be allowed as a charge against the estate; but the court will not, ordinarily, in the first instance, undertake to give any direction to the trustee in the matter of the employment of an attorney. The trustee must exercise a reasonable judgment in that matter; that is, he must exercise a reasonable judgment as to the necessity for securing the assistance of counsel,—such judgment as a man of ordinary prudence would use in the transaction of his own business. When professional services have been rendered by an attorney to the trustee in his official capacity, the court will, in a proper proceeding, determine whether the employment of such an attorney was necessary, and, if found necessary, the reasonable value of his services. The petition of the trustee for authority to employ an attorney is denied.